**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS RHODUS**

**CIVIL ACTION**

**VERSUS**

**NO. 15-503-JWD-RLB**

**EMC PROPERTY AND CASUALTY COMPANY, ET AL**

**O R D E R**

The court *sua sponte* notes the potential insufficiency of the plaintiff's allegation of the

citizenship of the parties as follows;

1. ____    A party invoking diversity jurisdiction must allege the *citizenship* rather than mere residence of an individual.  In addition, see 28 U.S.C. §1332(c)(2) for infants, minors and an incompetent.  The *citizenship* of _____ is not provided.

2. __X__    A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party.  *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).  The state of incorporation and principal place of business of defendants **EMC Property and Casualty Company, and Hill and Valley, Inc.** is not provided.[1]

3. ____    A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party.  *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).  Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity exists.  The state of incorporation and principal place of business of _____ is not provided.[2]

4. ____    A party invoking diversity jurisdiction must properly allege the citizenship of a limited liability company.  The citizenship of a limited liability company for

---

[1]The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters.  *Hertz Corp. v. Friend,* 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

[2]See footnote 1.

diversity purposes is determined by the citizenship of **its members**.  The citizenship of **all of the members** of a limited liability company must be properly alleged.   In the event a member of a limited liability company is another limited liability company, the members of that limited liability company must be properly alleged as well.  See *Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1080 (5th Cir. 2008)*.   The complete citizenship of _____ is not provided.

5.    ____    A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership.  A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners.  Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership.  See *International Paper Co. v. Denkmann Assoc., 116 F.3d 134, 137 (5th Cir. 1997)*; *Carden v. Arkoma Associates, 494 U.S. 185 (1990)*.   The citizenship of _____ is not provided.

6.    ____    A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London.  The citizenship of Underwriters at Lloyd's, London has not been provided.  See *Corfield v. Dallas Glen Hills LP, 355 F.3d 853 (5th Cir. 2003)*.

7.    ____    A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship.  A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/defendant. Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners.  See *Linder Enterprises v. Martinringle, No. 07-1733, 2007 WL 3095382 (N.D. Tex., Oct. 22, 2007)*.   The citizenship of _____is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **October 16, 2015**,

the plaintiff shall file an amended complaint providing the citizenship of defendants **EMC**

**Property and Casualty Company, and Hill and Valley, Inc.**, by setting forth all citizenship

particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on October 1, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**